| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Raymond G. Ballister, Jr. SBN 111282 |
| | Mark Potter, SBN 166317 |
| 3 | Phyl Grace, Esq., SBN 171771 |
| | Dennis Price, SBN 279082 |
| 4 | 9845 Erma Road, Suite 300 |
| | San Diego, CA 92131 |
| 5 | (858) 375-7385 |
| | (888) 422-5191 fax |
| 6 | mark@potterhandy.com |
| | Attorneys for Plaintiff |

COX, CASTLE & NICHOLSON LLP
CHARLES E. NONEMAN, Esq., SBN 84678
cnoneman@coxcastle.com
ALI P. HAMIDI, Esq., SBN 191198
ahamidi@coxcastle.com
2029 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 284-2200
Facsimile: (310) 284-2100
Attorneys for Defendant,
The Pep Boys Manny Moe & Jack Of California, a California Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | Case: 4:16-CV-02892-JSW |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1) (A) (ii)** |
| THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA, a California Corporation; and Does 1-10, | |
| Defendants, | |

1

Joint Stipulation for Dismissal          Case: 4:16-CV-02892-JSW

## **STIPULATION**

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 8, 2016         CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: November 8, 2016         COX, CASTLE & NICHOLSON LLP

By: /s/ Ali P. Hamidi
    Ali P. Hamidi
    Attorneys for Defendant
    The Pep Boys Manny Moe & Jack Of California, a California Corporation

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ali P. Hamidi, counsel for The Pep Boys Manny Moe & Jack Of California, a California Corporation, and that I have obtained Mr. Hamidi's authorization to affix his electronic signature to this document.

Dated: November 8, 2016        CENTER FOR DISABILITY ACCESS

                                            By: /s/ Phyl Grace
                                                 Phyl Grace
                                                 Attorneys for Plaintiff